# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CITY OF SEATTLE,

    Plaintiff,

v.

ALEMAYEHU AREGA JIMMA,

    Defendant.

CASE NO. MC18-0100RSL

ORDER

On October 11, 2018, Alemayehu Jimma filed an application to proceed *in forma pauperis* and a proposed complaint. Dkt. # 1. The Court reviewed the record as a whole under the standards articulated in 28 U.S.C. § 1915(e)(2) and ordered Mr. Jimma to file an amended complaint clearly identifying the nature of his claims and the relief requested. An amended complaint was filed on November 28, 2018, amending the caption to <u>Alemayehu Arega Jimma v. City of Seattle</u>, *et al.*, and asserting violations of his rights under the Fourth and Fourteenth Amendments by the City and three of its police officers. Mr. Jimma appears to be asserting claims for damages or injunctive relief under 42 U.S.C. § 1983, claims which are largely duplicative of those asserted in a separate lawsuit against the Seattle Police Department arising from the same allegedly unlawful arrests that occurred on May 25, 2017, and January 3, 2018. See <u>Jimma v. City of Seattle Police Department</u>, C18-0771RSL.

ORDER

1   The Clerk of Court is directed to amend the caption to reflect the allegations of
2   the Amended Complaint (Dkt. # 5) and the new orientation of the parties. The Clerk is
3   further directed to give this matter a civil action number and assign it to the undersigned
4   as related to C18-0771RSL.

6   Dated this 17th day of December, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER
-2-