# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ALEMAYEHU JIMMA,

    Plaintiff,

v.

CITY OF SEATTLE, et al.,

    Defendants.

Case No. 2:18-CV-1819-RSL

ORDER DISMISSING CASE

This matter comes before the Court on the Court's order to show cause. Dkt. #9. Plaintiff Alemayehu Jimma was granted leave to proceed *in forma pauperis* on October 12, 2018. Dkt. #3. He filed an Amended Complaint on November 28, 2018. Dkt. #5. On April 5, 2019, the Court noted that service of the summons and complaint had not been made on defendants as required by Federal Rule of Civil Procedure 4(m) and ordered plaintiff to show cause why the complaint should not be dismissed. Dkt. #9; see Fed. R. Civ. P. 12(b)(5).

Plaintiff filed a response on April 17, 2019. Dkt. #10. He claims that "the City of Seattle was served documents by the United States Postal Service" and that Assistant City Attorney Susan Park ("ACA Park") "accepted service for defendants." Id. at 1. The City of Seattle filed a reply on April 23, 2019, along with a declaration from ACA Park. Dkts. #11, #12. ACA Park states that she did not agree to accept service. Dkt. #12 at ¶¶ 2–3. Plaintiff physically appeared at the City Attorney's Office on April 15, 2019. Id. at ¶ 3. The next day, ACA Park sent a letter to him stating that, "[g]iven the service delay, the lack of notice, and the fact that the pleadings

ORDER DISMISSING PLAINTIFF'S CASE - 1

are reflective of ones we are currently engaged in other litigation on, we will not complete waivers of service. Additionally, it appears as if you have also exceeded the deadline for service of summons." Ex. A, Dkt. #12-1 at 2–3. She reiterated this in a second letter dated April 17, 2019, following a telephone conversation with plaintiff. Ex. B, Dkt. #12-2 at 6. Plaintiff has failed to serve defendants. <u>See</u> Fed. R. Civ. P. 4(m); <u>see</u> Dkt. #10 at 2.

For all the foregoing reasons, plaintiff's complaint is DISMISSED.

DATED this 25th day of April, 2019.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER DISMISSING PLAINTIFF'S CASE - 2